IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WAVERLY LINDSEY, | : | |
| Petitioner, | : | |
| vs. | : | CA 15-0149-KD-C |
| STATE OF ALABAMA, | : | |
| Respondent. | | |

**REPORT AND RECOMMENDATION**

Petitioner filed a petition for writ of habeas corpus in this Court on or about March 5, 2015 (Doc. 1, at 13). This prisoner action now has been referred to the undersigned, in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Rule 72.2(c)(4), for appropriate action. For the reasons stated herein, it is recommended that the Court dismiss this action based upon petitioner's failure to prosecute this action and comply with the Court's order dated March 19, 2015 (Doc. 2).

Because petitioner did not pay the $5.00 filing fee, or, in lieu thereof, file a motion to proceed without prepayment of fees, concurrent with the filing of his habeas corpus petition (*see* Docket Sheet), the undersigned entered an order on March 19, 2015 instructing petitioner "to pay the filing fee or to complete and file the Court's form . . . motion to proceed without prepayment of fees[]" not later than April 20, 2015. (Doc. 2.) Petitioner was informed that his "[f]ailure to comply with this order within the prescribed time will result in the dismissal without prejudice of this action for failure to prosecute and to obey the Court's order." (*Id*.) To date, petitioner has not complied with this Court's order instructing him to pay the $5.00 filing fee or file a form motion to proceed without prepayment of costs and fees. (*See* Docket Sheet.)

An action may be dismissed if the petitioner fails to prosecute it or if he fails to comply with any court order. Fed.R.Civ.P. 41(b); *see also Link v. Wabash Railroad Co.*, 370 U.S. 626, 630-631, 82 S.Ct. 1386, 1388-1389, 8 L.Ed.2d 734 (1962) (holding district courts have the power to *sua sponte* dismiss a cause of action for failure to prosecute); *World Thrust Films, Inc. v. International Family Entertainment, Inc.*, 41 F.3d 1454, 1456 (11th Cir. 1995) ("'A district court has authority under Federal Rule[] of Civil Procedure 41(b) to dismiss actions for failure to comply with local rules.'").

In this case, petitioner has not responded to the Court's order dated March 19, 2015, instructing him to pay the filing fee, or, otherwise, file this Court's form motion to proceed without prepayment of costs and fees, not later than April 20, 2015. (*Compare* Docket Sheet *with* Doc. 2.) Therefore, it is recommended that the Court **DISMISS** Lindsey's' habeas action pursuant to Fed.R.Civ.P. 41(b) due to his failure to prosecute this action by obeying this Court's lawful order.

## NOTICE OF RIGHT TO FILE OBJECTIONS

A copy of this report and recommendation shall be served on all parties in the manner provided by law. Any party who objects to this recommendation or anything in it must, within fourteen (14) days of the date of service of this document, file specific written objections with the Clerk of this Court. *See* 28 U.S.C. § 636(b)(1); FED.R.CIV.P. 72(b); S.D.ALA. L.R. 72.4. The parties should note that under Eleventh Circuit Rule 3-1, "[a] party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions if the party was informed of the time period for objecting and the consequences on appeal for failing to object. In the absence of a proper objection, however, the court may review on appeal for plain error if

2

necessary in the interests of justice." 11th Cir. R. 3-1. In order to be specific, an objection must identify the specific finding or recommendation to which objection is made, state the basis for the objection, and specify the place in the Magistrate Judge's report and recommendation where the disputed determination is found. An objection that merely incorporates by reference or refers to the briefing before the Magistrate Judge is not specific.

      **DONE** this the 1st day of May, 2015.

                s/WILLIAM E. CASSADY
                **UNITED STATES MAGISTRATE JUDGE**